FILED'10 AUG 09 14:25 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH ARNETTE,

       Plaintiff,

   v.

SOUTHERN OREGON UNIVERSITY, et al.,

       Defendants.

Civ. No. 10-3025-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I agree that defendants are entitled to immunity under the Eleventh Amendment. Accordingly, I ADOPT the Report and Recommendation of Magistrate

1 - ORDER

Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#6) is adopted. Defendants' motion to dismiss (#4) is granted.

IT IS SO ORDERED.

DATED this __9__ day of August, 2010.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER